739 A.2d 132

COMMONWEALTH of Pennsylvania, Appellee,

v.

Michael W. RINEER, Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 19, 1998.

Decided Oct. 25, 1999.

Robert D. Beyer, Lancaster, for Michael W. Rineer.

Joseph C. Mandenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

**AND NOW**, this 25th day of October, the appeal is dismissed as improvidently granted.